# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF WISCONSIN

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

UP TO $712,422.30 IN UNITED STATES
CURRENCY IN CHECKING ACCOUNT ENDING IN
9746 HELD IN THE NAME FUZZY THURSTON'S
TICKETS & TOURS, LLC, LOCATED AT M&I BANK/BMO
FINANCIAL GROUP, 770 N. WATER STREET,
MILWAUKEE, WISCONSIN

Case Number: 12-842 M (NJ)

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

TO: **JOHN KLUGEWICZ, a Special Agent assigned to the Federal Bureau of Investigation, and any Authorized Officer of the United States.**

An application by a federal law enforcement officer or an attorney for the government requests that certain property be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Up to $712,422.30 in United States Currency in Checking Account Ending in 9746 held in the name Fuzzy Thurston's Tickets & Tours, LLC, located at M&I Bank/BMO Financial Group, 770 N. Water Street, Milwaukee, Wisconsin

I find that the affidavit and any recorded testimony establish probable cause to seize the property.

**YOU ARE HEREBY COMMANDED** to search on or before _April_, 2012
(not to exceed 14 days)

☒ in the daytime – 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night, as I find reasonable cause has been established.
    Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge Nancy Joseph.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. §2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person, who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days. *(not to exceed 30)*
                                                ☐ until, the facts justifying, the later specific date of

Date and time issued: _March 30, 2012; 11:14 p.m._

_____
Judge's signature

City and state: <u>Milwaukee, Wisconsin</u>

THE HONORABLE NANCY JOSEPH
<u>United States Magistrate Judge</u>
*Name & Title of Judicial Officer*

|  | **RETURN** |  |
|---|---|---|
| Date Warrant received<br>3/30/12 | Date and time Warrant executed<br>4/2/12 Approx. 9:30 AM | Copy of warrant and receipt for items left with<br>Tim Zens, M+I |
| Inventory made in the presence of Tim Zens, M+I ||| 

*Inventory of property seized pursuant to the Warrant*

See attached copy of M+I Cashiers Check #000917138 dated 4/2/12 for $155,174.07.

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*[signature: John Kley]*

Subscribed, sworn to, and returned before me on this date.

*[signature]*      4.9.12
U.S. Judge or Magistrate Judge     Date

## OFFICIAL CHECK



Notice - The purchase of an Indemnity Bond may be required before any Official Check on this bank will be replaced or refunded in the event it is lost, misplaced, or stolen.

**PURCHASER COPY**

**000917138**

15700 8 098 04/02/12 12-05/750

Remitter **Fuzzy's Tickets and Tours, LLC**

Date April 02, 2012

Amount ONE HUNDRED FIFTY FIVE THOUSAND ONE HUNDRED SEVENTY FOUR DOLLARS AND SEVEN CENTS

$ *****155,174.07

Drawn to the order of
**U S Marshall**
**12-842-M (WJ)**

VOID AFTER 90 DAYS

48410098

**NOT NEGOTIABLE**

BMO Harris Bank N.A.